**1**

DON REID, Respondent, v. BRISTOL MUSIC CORPORATION, Appellant.— Order, granting respondent's motion to confirm two awards of arbitrators, which motion was opposed on the ground that the arbitrators had been guilty of misconduct in refusing to consider pertinent and material evidence, and judgment entered thereon unanimously affirmed, with costs. No opinion. Present — Carswell, Acting P. J., Adel, Wenzel, MacCrate and Schmidt, JJ.

**2**

ALFRED C. TEVES, Respondent, v. MARY THIERINGER, Appellant.— Action to recover broker's commissions for the sale of real estate. Defendant appeals from a judgment entered on the verdict of a jury in favor of plaintiff and from an order denying her motion to set aside the verdict. Judgment and order reversed on the law, with costs, and complaint dismissed, with costs. By his own testimony and that of the witnesses called by him, the respondent established that he was not the procuring cause of the sale. Concededly, the offer he had was below the price which appellant stated she would take. After the rejection of the offer, respondent did nothing to induce the purchaser to meet the price set by the appellant. There is nothing in the record to warrant a finding that the option to purchase given to the second broker by the appellant was not bona fide, or that the purchaser whose offer through respondent had been rejected, did not pay the other broker for an assignment of the option and pay the price which appellant had given to the respondent. (*Wylie* v. *Marine Nat. Bank*, 61 N. Y. 415.) Carswell, Acting P. J., Adel, Wenzel, MacCrate and Schmidt, JJ., concur.

**3**

ARTHUR WOLFF, Appellant, v. BRONTOWN REALTY CORPORATION, Respondent. — In this action by a tenant of an apartment against his landlord, the latter moved to dismiss the complaint on the grounds of nonjoinder of parties defendant and insufficiency of factual allegations to constitute a cause of action. Plaintiff appeals from the order granting said motion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs, with leave to defendant to serve an answer within ten days after the entry of an order hereon. In our opinion, the complaint states a sufficient cause of action for nuisance. (See 1 New York Law of Landlord & Tenant, § 244.) Nonjoinder of parties is not a ground for dismissal of a complaint until after the making of an order directing a joinder. (Civ. Prac. Act, §§ 192, 193.) Nolan, P. J., Carswell, Adel, Wenzel and MacCrate, JJ., concur.

## (January 12, 1953.)

In the Matter of ALBENSON CORPORATION, Appellant. LEO HOUSE, Respondent.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Carswell, Adel, Wenzel and MacCrate, JJ. Motion to resettle order and for other relief denied, without costs. Present — Nolan, P. J., Carswell, Wenzel and MacCrate, JJ. [See *ante*, p. 693.]